1  **COTCHETT, PITRE & McCARTHY, LLP**
   MARK C. MOLUMPHY (SBN 168009)
2  *mmolumphy@cpmlegal.com*
   GINA STASSI (SBN 261263)
3  *gstassi@cpmlegal.com*
   TYSON REDENBARGER (SBN 294424)
4  *tredenbarger@cpmlegal.com*
   San Francisco Airport Office Center
5  840 Malcolm Road, Suite 200
   Burlingame, California 94010
6  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
7

8  *Counsel for Plaintiff City of Providence*

9  [Additional Counsel on Signature Page]

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12

13  RAJIV CHUGH and SARITA CHUGH,        ) Case No. 5:19-cv-00764-BLF
    derivatively on behalf of ORACLE      )
14  CORPORATION,                          ) **DERIVATIVE ACTION**
                                          )
15  Plaintiff,                            ) **STIPULATION AND [~~PROPOSED~~]**
                                          ) **ORDER TO CONSOLIDATE RELATED**
16  v.                                    ) **DERIVATIVE ACTIONS, APPOINT**
                                          ) **LEAD PLAINTIFF AND CO-LEAD**
17  JEFFREY S. BERG, MICHAEL J. BOSKIN,   ) **COUNSEL, AND STAY DERIVATIVE**
    SAFRA A. CATZ, BRUCE R. CHIZEN,       ) **ACTION**
18  GEORGE H. CONRADES, LAWRENCE J.       )
    ELLISON, HECTOR GARCIA-MOLINA,        )
19  JEFFREY O. HENLEY, MARK V. HURD,      )
    RENÉE J. JAMES, CHARLES W.            ) Judge: Hon. Beth L. Freeman
20  MOORMAN IV, LEON E. PANETTA,          ) Action Filed: February 12, 2019
    WILLIAM G. PARRETT, and NAOMI O.      )
21  SELIGMAN,                             )
                                          )
22  Defendants,                           )
                                          )
23  -and-                                 )
                                          )
24  ORACLE CORPORATION,                   )
                                          )
25  Nominal Defendant.                    )
    _____)
26

27

28

CITY OF PROVIDENCE, derivatively on behalf of Oracle Corporation,

    Plaintiff,

    v.

LAWRENCE ELLISON, SAFRA CATZ, MARK HURD, and THOMAS KURIAN,

    Defendants,

    -and-

ORACLE CORPORATION,

    Nominal Defendant.

Case No. 5:19-cv-02448-BLF

WHEREAS, there are presently two stockholder derivative actions on behalf of Oracle, Inc. ("Oracle" or the "Company") pending in this Court, including (i) *Chugh, et al. v. Berg, et al.*, Case No. 19-cv-00764-BLF, filed by plaintiffs Rajiv Chugh and Sarita Chugh (the "*Chugh* Derivative Action"), and (ii) *City of Providence v. Ellison, et al.*, Case No. 19-cv-02448-BLF filed by plaintiff City of Providence (the "*City of Providence* Derivative Action," together with the *Chugh* Derivative Action, the "Related Actions").

WHEREAS, on April 26, 2019, the Court entered a Stipulation and Order to Stay Derivative Action (the "Stay Order") in the *Chugh* Derivative Action that, among other things, (i) appointed plaintiffs' counsel in the *Chugh* Derivative Action Interim Lead Counsel, and (ii) stayed the *Chugh* Derivative Action pending the Court's decision on the pending motion to dismiss in *In re Oracle Corporation Securities Litigation*, Case No.: 5-18-cv-04884-BLF (the "Securities Litigation");

WHEREAS on May 6, 2019, Plaintiff City of Providence filed a derivative action in the right, and for the benefit, of Oracle against Lawrence J. Ellison, Safra A. Catz, Mark V. Hurd, and Thomas Kurian to remedy alleged violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), SEC Rule 10b-5, and Section 20(a) of the Exchange Act, alleged breaches of fiduciary duties, and seeking contribution and indemnification;

WHEREAS, on June 4, 2019, this Court entered an Order finding that the Related Actions are related pursuant to Civil Local Rule 3-12, and assigning the Related Actions to the Honorable Beth L. Freeman;

WHEREAS, counsel for all parties in the Related Actions have met and conferred and agree that the Related Actions should be consolidated to promote judicial economy, efficiency, and conserve judicial resources;

WHEREAS, undersigned counsel for plaintiffs in the Related Actions have agreed to a proposed leadership structure, subject to Court approval, whereby Plaintiff City of Providence shall act as lead plaintiff ("Lead Plaintiff") and counsel for City of Providence, Cotchett Pitre & McCarthy LLP and Labaton Sucharow LLP shall act as co-lead counsel ("Co-Lead Counsel"),

and the complaint filed in the *City of Providence* Derivative Action shall be designated the operative complaint in the consolidated action;

NOW THEREFORE, it is hereby stipulated by and between the undersigned that:

**Effect of This Order**

1.      This Order shall supersede this Court's previous Stipulation and Order to Stay Derivative Action (Dkt. 32), entered on April 26, 2019, in *Chugh et al. v. Berg et al.*, 5:19-cv-00764-BLF (N.D. Cal.).

**Consolidation**

2.      The Related Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action").  The Clerk of Court shall consolidate case numbers 5:19-cv-00764-BLF and 5:19-cv-02448-BLF into one case such that the earliest filed action, 5:19-cv-00764-BLF, is the lead case.

**Master Docket and Master File**

3.      A Master Docket and Master File are hereby established for the Consolidated Action. Every pleading in the Consolidated Action shall be filed in the lowest-numbered case, the *Chugh* Derivative Action, No. 5:19-cv-00764, and the Master File shall be 5:19-cv-00764.  A Master Docket will be maintained for the Consolidated Action with all entries to be docketed under the Master File number.  If a document pertains to only one or some of the consolidated cases, it will be docketed on the Master Docket with the notation of the case number(s) to which it pertains.

4.      Separate docket numbers shall be marked closed in accordance with the regular procedures of the Clerk of this Court, and any pending schedules, deadlines, or dates in the following docket number shall be vacated subject to the provisions herein: 5:19-cv-02448-BLF.

5.      An original of this Order shall be filed by the Clerk in the Master File and in the files for the *City of Providence* Derivative Action captioned above, and in the file of every action subsequently consolidated with the Consolidated Action.

**Caption for Consolidated Action**

6.     Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Lead Case No. 5:19-cv-00764-BLF<br><br>Related Derivative Case:<br>5:19-cv-02448-BLF<br><br><br>Judge: Beth L. Freeman<br>Date First Action Filed: Feb. 12, 2019 |

**Application of This Order to Subsequently Filed or Transferred Cases**

7.     This Order shall apply to each case that is related to the Consolidated Action and to any stockholder derivative action arising out of the same or substantially same transactions or events as the Related Actions that is subsequently filed in, remanded to, or transferred to this Court.

8.     Co-Lead Counsel shall call to the attention of the Court the filing or transfer of any related action arising out of similar facts and circumstances as are alleged in the Related Actions and that therefore might properly be consolidated or coordinated with the Consolidated Action, and Co-Lead Counsel shall coordinate the filing of an Administrative Motion to Consider Whether Cases Should be Related or a Notice of Pendency of Other Action or Proceeding pursuant to Civil Local Rules  3-12 and 3-13.  Promptly thereafter, Co-Lead Counsel shall meet and confer with counsel for Defendants, and upon notice to interested parties in each related or factually similar action, shall submit to the Court a proposed order consolidating any such action or providing for coordination of discovery or other pre-trial proceedings with the Consolidated Action where it is efficient and will prevent duplication, unnecessary costs, or burden or prejudice

to any party.  Any person objecting to the application of this Order to such a subsequently filed, transferred, or related action, or objecting to consolidation with the Consolidated Action, shall file a motion seeking relief from this Order within ten (10) days after the Order has been delivered or notice has been given to counsel as provided herein.

**Appointment of Lead Plaintiff**

9.     The Lead Plaintiff in this Consolidated Action is City of Providence.

**Appointment of Co-Lead Counsel**

10.     Co-Lead Counsel for Lead Plaintiff in this Consolidated Action are:

> **COTCHETT, PITRE & McCARTHY, LLP**
> Mark C. Molumphy
> mmolumphy@cpmlegal.com
> Gina Stassi
> gstassi@cpmlegal.com
> Tyson Redenbarger
> tredenbarger@cpmlegal.com
> San Francisco Airport Office Center
> 840 Malcolm Road, Suite 200
> Burlingame, California 94010
> Tel: (650) 697-6000
> Fax: (650) 697-0577
>
> **LABATON SUCHAROW LLP**
> Jonathan Gardner
> jgardner@labaton.com
> Christine Fox
> cfox@labaton.com
> David MacIsaac
> dmacisaac@labaton.com
> 140 Broadway
> New York, NY 10005
> Tel:     (212) 907-0700
> Fax:     (212) 818-0477

11.     Co-Lead Counsel shall have sole authority to speak for derivative plaintiffs in all matters regarding pre-trial procedure, trial, and settlement and shall be responsible for coordinating all activities and appearances on behalf of plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any derivative plaintiff except through Co-Lead Counsel.

12.     Defendants' counsel may rely upon agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all derivative plaintiffs and their counsel.

13.     Co-Lead Counsel shall make all work assignments for all counsel in the Consolidated Action in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.  The roles and responsibilities of all counsel in the Consolidated Action shall be determined by Co-Lead Counsel.

**Operative Complaint and Reservation of Rights**

14.     The complaint filed by City of Providence shall be the operative complaint in the Consolidated Action (the "Operative Complaint").   Co-Lead Counsel shall file the Operative Complaint on the Master Docket within 20 days after the Master Docket is established.

15.     Named defendants need not answer, move or otherwise respond to the Operative Complaint.

16.     Counsel for Defendants previously executed waivers of service on behalf of Safra A. Catz, Lawrence J. Ellison, Mark V. Hurd, Thomas Kurian, and Oracle Corporation.  Aside from defenses and objections related to the absence of a summons or of service, named defendants expressly reserve all defenses and objections to the complaint filed in the Consolidated Action, including but not limited to defenses based on lack of personal jurisdiction and improper venue.

**Temporary Stay of Consolidated Action**

17.     The Consolidated Action shall be stayed in all respects with all currently scheduled appearances and deadlines vacated.   The initial case management conference, attendant deadlines, and related ADR procedures shall be deferred during the pendency of this stay.

18.     Upon the occurrence of any of the following events, either party shall notify the Court within fifteen (15) days, and the parties shall promptly meet, confer, and propose to the Court a schedule for further proceedings in this action within no later than thirty (30) days: (1) the dismissal of the Securities Litigation, with prejudice, by its court, and exhaustion of all appeals related thereto; or (2) the denial of any motion to dismiss the Securities Litigation filed by the

Securities Litigation Defendants; or (3) either Co-Lead Counsel or defendants' counsel to this Stipulation has given a thirty (30) day notice that they no longer consent to the voluntary stay of the Consolidated Action.

19. In the event that a plaintiff in any related derivative lawsuit refuses to agree to a stay under similar terms, Co-Lead Counsel may lift the agreed upon stay upon ten (10) days' notice in writing.

20. During the pendency of this stay, defendants' counsel shall inform Lead Plaintiff and Co-Lead Counsel of any mediation with the plaintiffs in the Securities Class Action or any mediation with any other derivative plaintiffs who have asserted claims substantially similar to the claims asserted in the Securities Class Action, and shall consider in good faith whether to include Lead Plaintiff and Co-Lead Counsel in any mediation with such plaintiffs.

21. Notwithstanding this stay of this Consolidated Action, Lead Plaintiff may file an amended complaint, though defendants shall be under no obligation to respond to it unless any of the events contemplated by paragraph No. 18 above have occurred. In that event, Co-Lead Counsel shall meet and confer with defendants' counsel to set a schedule to govern defendants' response to any such amended complaint.

1
2

Dated:  June 25, 2019

**COTCHETT, PITRE & McCARTHY LLP**

*/s/Mark C. Molumphy*

3
4
5
6
7

Mark C. Molumphy
Gina Stassi
Tyson Redenbarger
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

8
9

Dated:  June 25, 2019

**LABATON SUCHAROW LLP**

*/s/ Jonathan Gardner*

10
11
12
13
14

Jonathan Gardner
Christine Fox
David MacIsaac
140 Broadway
New York, NY 10005
Tel:    (212) 907-0700
Fax:    (212) 818-0477

15
16

***Attorneys for City of Providence***

17
18

Dated: June 25, 2019

**TOSTRUD LAW GROUP, P.C.**

*/s/ Jon A. Tostrud*

19
20
21
22
23

Jon A. Tostrud
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640

24
25

Dated:  June 25, 2019

**GAINEY MCKENNA & EGLESTON LLP**

*/s/ Thomas J. McKenna*

26
27
28

Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED DERIVATIVE ACTIONS,
APPOINT LEAD PLAINTIFF AND CO-LEAD COUNSEL, AND STAY DERIVATIVE ACTION          8

New York, NY 10016
Tel:    (212) 983-1300
Fax:    (212) 983-0383

***Attorneys for Plaintiffs Rajiv Chugh and
Sarita Chugh***

Dated:  June 25, 2019            **MORRISON & FOERSTER LLP**

                                 */s/ Jordan Eth*

                                 Jordan Eth
                                 Philip T. Besirof
                                 425 Market Street
                                 San Francisco, CA 94105
                                 Tel:    (415) 268-7000
                                 Fax:    (415) 268-7522

                                 ***Attorneys for the Individual Defendants***

Dated:  June 25, 2019            **ROPES & GRAY LLP**

                                 */s/ Richard L. Gallagher*

                                 Richard L. Gallagher
                                 *Richard.Gallagher@ropesgray.com*
                                 Three Embarcadero Center
                                 San Francisco, CA 94111-4006
                                 Tel:    (415) 315-6369
                                 Fax:    (415) 315-4848

                                 ***Attorneys for Nominal Defendant Oracle
                                 Corporation***

**SIGNATURE ATTESTATION**

I, Mark C. Molumphy, am the ECF user whose identification and password are being used

to file the foregoing Stipulation and [Proposed] Order to Consolidate Related Derivative Actions,

Appoint Lead Plaintiff and Co-Lead Counsel, and Related Matters.  In compliance with Civil L.R.

5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.


Dated: June 25, 2019                    By:   _/s/ Mark C. Molumphy_
                                                   Mark C. Molumphy


*      *      *


**ORDER**


**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:  **June 26, 2019**                By: _Beth Labson Freeman_
                                              Hon. Beth Labson Freeman

                                              United States District Judge