**COTCHETT, PITRE & McCARTHY, LLP**
MARK C. MOLUMPHY (SBN 168009)
*mmolumphy@cpmlegal.com*
TYSON REDENBARGER (SBN 294424)
*tredenbarger@cpmlegal.com*
JULIA PENG (SBN 318396)
*jcheng@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California  94010
Telephone:   (650) 697-6000
Facsimile:    (650) 697-0577

*Counsel for Plaintiff City of Providence*

[Additional Counsel on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE ORACLE CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 5:19-cv-00764-BLF<br><br>**NOTICE OF ORDER ON MOTION TO DISMISS IN SECURITIES ACTION**<br><br>Related Derivative Case:<br><br>Case No. 5:19-cv-02448-BLF<br><br>Judge: Beth L. Freeman<br>Date First Action Filed: Feb. 12, 2019 |
|---|---|

1  City of Providence ("Providence"), Lead Plaintiff in this derivative action, respectfully submits this notice pursuant to the Stipulation and Order to Consolidate Related Derivative Actions, Appoint Lead Plaintiff and Co-Lead Counsel, and Stay Derivative Action entered on June 26, 2019 (Dkt. 21) ("Stay Order").

Pursuant to Paragraph 17 of the Stay Order, the parties stipulated, and the Court ordered, that this derivative action would be stayed pending the Court's decision on a then-pending motion to dismiss in *In re Oracle Corporation Securities Litigation*, Case No. 5-18-cf-04884-BLF ("Securities Litigation"). The Court further ordered (1) either party to notify the Court of the denial of the motion to dismiss the Securities Litigation within 15 days of that order and (2) for the parties to propose a schedule for further proceedings in this action within 30 days of that order. *See* Stay Order at ¶18.

Pursuant to the Court's direction, Providence informs the Court that, on March 22, 2021, this Court issued an order granting in part and denying in part defendants' motion to dismiss in the Securities Litigation. (Dkt. 84 in Securities Litigation docket). Moreover, Providence has initiated discussions with Defendants and anticipates that the Parties will jointly propose a schedule for further proceedings in this action by no later than April 21, 2021.

Dated: April 6, 2021

COTCHETT PITRE McCARTHY LLP

/s/ MARK C. MOLUMPHY
Mark C. Molumphy
*mmolumphy@cpmlegal.com*
Tyson Redenbarger (SBN 294424)
*tredenbarger@cpmlegal.com*
Julia Peng (SBN 318396)
*jpeng@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California  94010
Telephone:   (650) 697-6000
Facsimile:    (650) 697-0577

|   |   |
|---|---|
| 1 |   |
| 2 | LABATON SUCHAROW LLP |
|   | Eric Belfi |
| 3 | *ebelfi@labaton.com* |
|   | David MacIsaac |
| 4 | *dmacisaac@labaton.com* |
|   | John Vielandi |
| 5 | *jvielandi@labaton.com* |
|   | 140 Broadway |
| 6 | New York, NY 10005 |
|   | Tel:   (212) 907-0700 |
|   | Fax:  (212) 818-0477 |
|   | *Attorneys for Plaintiff City of Providence* |

NOTICE OF ORDER ON MOTION TO DISMISS IN SECURITIES ACTION