1 | **COTCHETT, PITRE & McCARTHY, LLP**
  | MARK C. MOLUMPHY (SBN 168009)
2 | *mmolumphy@cpmlegal.com*
  | TYSON REDENBARGER (SBN 294424)
3 | *tredenbarger@cpmlegal.com*
4 | JULIA PENG (SBN 318396)
  | *jcheng@cpmlegal.com*
5 | San Francisco Airport Office Center
  | 840 Malcolm Road, Suite 200
6 | Burlingame, California  94010
  | Telephone:   (650) 697-6000
7 | Facsimile:    (650) 697-0577
8 |
  | *Counsel for Lead Plaintiff City of Providence*
9 |
  | [Additional Counsel on Signature Page]
10|

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| IN RE ORACLE CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 5:19-cv-00764-BLF |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER TO SET DATE FOR FILING AMENDED COMPLAINT**<br><br>Related Derivative Case:<br><br>Case No. 5:19-cv-02448-BLF<br><br>Judge: Beth L. Freeman<br>Date First Action Filed: Feb. 12, 2019 |

STIPULATION AND [PROPOSED] ORDER TO SET DATE FOR FILING AMENDED COMPLAINT

1  WHEREAS on May 6, 2019, Plaintiff City of Providence filed a derivative action in the right, and for the benefit, of Nominal Defendant Oracle Corporation ("Oracle" or "Nominal Defendant") against Defendants Lawrence J. Ellison, Safra A. Catz, Mark V. Hurd, and Thomas Kurian (collectively, the "Defendants") to remedy alleged violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), SEC Rule 10b-5, and Section 20(a) of the Exchange Act, alleged breaches of fiduciary duties, and seeking contribution and indemnification (the "Derivative Action");

WHEREAS, on June 26, 2019, the Court entered a Stipulation and Order to Consolidate Related Derivative Actions, Appoint Lead Plaintiff and Co-Lead Counsel, and Stay Derivative Action ("Stay Order") that, among other things, (i) appointed City of Providence as lead plaintiff ("Lead Plaintiff," together with Defendants, the "Parties") and Cotchett Pitre & McCarthy LLP and Labaton Sucharow LLP as co-lead counsel ("Co-Lead Counsel"), and (ii) temporarily stayed the Derivative Action pending this Court's decision on any motion to dismiss filed by defendants in *In re Oracle Securities Corporation Securities Litigation*, Case No.: 5:18-cv-04884-BLF (the "Securities Litigation");

WHEREAS, on March 22, 2021, this Court issued an order granting in part and denying in part defendants' motion to dismiss in the Securities Litigation;

WHEREAS, pursuant to Paragraph 18 of the Stay Order, counsel for the Parties have met and conferred and continue to negotiate a schedule for further proceedings in the Derivative Action. The Parties believe additional time is necessary for an agreement but agree Lead Plaintiff should file an amended complaint while negotiations continue;

NOW THEREFORE, it is hereby stipulated by and between the undersigned that:

1. Lead Plaintiff shall file its amended complaint on or before June 4, 2021.

2. On or before June 4, 2021, the Parties shall submit for the Court's approval a proposed schedule for further proceedings in the Derivative Action.

| | | |
|---|---|---|
| 1 | Dated: April 21, 2021 | **COTCHETT PITRE McCARTHY LLP** |
| 2 | | */s/ Mark C. Molumphy* |
| 3 | | Mark C. Molumphy |
| | | mmolumphy@cpmlegal.com |
| 4 | | Tyson Redenbarger (SBN 294424) |
| | | tredenbarger@cpmlegal.com |
| 5 | | Julia Peng (SBN 318396) |
| | | jpeng@cpmlegal.com |
| 6 | | San Francisco Airport Office Center |
| 7 | | 840 Malcolm Road, Suite 200 |
| | | Burlingame, California  94010 |
| 8 | | Telephone:   (650) 697-6000 |
| | | Facsimile:     (650) 697-0577 |
| 9 | | |
| 10 | | *Attorneys for Lead Plaintiff City of Providence* |
| 11 | Dated: April 21, 2021 | **LABATON SUCHAROW LLP** |
| 12 | | */s/ Jonathan Gardner* |
| 13 | | Jonathan Gardner |
| | | jgardner@labaton.com |
| 14 | | Christine Fox |
| | | cfox@labaton.com |
| 15 | | David MacIsaac |
| 16 | | dmacisaac@labaton.com |
| | | 140 Broadway |
| 17 | | New York, NY 10005 |
| | | Tel:    (212) 907-0700 |
| 18 | | Fax:    (212) 818-0477 |
| 19 | | *Attorneys for Lead Plaintiff City of Providence* |
| 20 | Dated: April 21, 2021 | **MORRISON & FOERSTER LLP** |
| 21 | | */s/ Jordan Eth* |
| 22 | | Jordan Eth |
| | | jeth@mofo.com |
| 23 | | Philip T. Besirof |
| | | pbesirof@mofo.com |
| 24 | | 425 Market Street |
| 25 | | San Francisco, CA 94105 |
| | | Tel:    (415) 268-7000 |
| 26 | | Fax:    (415) 268-7522 |
| 27 | | *Attorneys for the Individual Defendants* |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER TO SET DATE FOR FILING AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: April 21, 2021 | **ROPES & GRAY LLP** |
| 2 | | */s/ Anne Johnson Palmer* |
| 3 | | Anne Johnson Palmer |
| | | *Anne.JohnsonPalmer@ropesgray.com* |
| 4 | | Three Embarcadero Center |
| 5 | | San Francisco, CA 94111-4006 |
| | | Tel:    (415) 315-6369 |
| 6 | | Fax:    (415) 315-4848 |
| 7 | | *Attorneys for Nominal Defendant Oracle* |
| | | *Corporation* |

STIPULATION AND [PROPOSED] ORDER TO SET DATE FOR FILING AMENDED COMPLAINT

**SIGNATURE ATTESTATION**

I, Mark C. Molumphy, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Set Date for Filing Amended Complaint. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: April 21, 2019    By: */s/ Mark C. Molumphy*
            Mark C. Molumphy

\* \* \*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 22, 2021    By: /s/ Beth Labson Freeman
            Hon. Beth Labson Freeman
            United States District Judge

STIPULATION AND [PROPOSED] ORDER TO SET DATE FOR FILING AMENDED COMPLAINT