**COTCHETT, PITRE & McCARTHY, LLP**
MARK C. MOLUMPHY (SBN 168009)
*mmolumphy@cpmlegal.com*
TYSON REDENBARGER (SBN 294424)
*tredenbarger@cpmlegal.com*
JULIA PENG (SBN 318396)
*jcheng@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:    (650) 697-0577
*Counsel for Lead Plaintiff City of Providence*

[Additional Counsel on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 5:19-cv-00764-BLF<br><br>**JOINT STATUS UPDATE ON PROPOSED CASE SCHEDULE**<br><br>Related Derivative Case:<br><br>Case No. 5:19-cv-02448-BLF<br><br>Judge: Beth L. Freeman<br>Date First Action Filed: Feb. 12, 2019 |

1  On April 23, 2021, this Court entered a Stipulation and Order to Set Date For Filing Amended Complaint that provided, among other things, that on or before June 4, 2021 (i) Lead Plaintiff file its amended complaint and (ii) the Parties submit for the Court's approval a proposed schedule for further proceedings.

On June 4, 2021, Lead Plaintiff filed its Consolidated Amended Verified Stockholder Derivative Complaint (the "Amended Complaint").  Defendants are evaluating the Amended Complaint.

The Parties have been discussing scheduling matters and continue to do so in light of the Amended Complaint and need a modest amount of additional time to discuss a case schedule.  The Parties presently expect to provide the Court with a proposed schedule for further proceedings on or before June 11, 2021 and respectfully request the Court to approve this short extension.

Dated: June 4, 2021

**COTCHETT PITRE McCARTHY LLP**

*/s/ Mark C. Molumphy*
Mark C. Molumphy
mmolumphy@cpmlegal.com
Tyson Redenbarger (SBN 294424)
tredenbarger@cpmlegal.com
Julia Peng (SBN 318396)
jpeng@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California  94010
Telephone:   (650) 697-6000
Facsimile:     (650) 697-0577

*Attorneys for Lead Plaintiff City of Providence*

| | | |
|---|---|---|
| 1 | Dated: June 4, 2021 | **LABATON SUCHAROW LLP** |
| 2 | | */s/ Jonathan Gardner* |
| 3 | | Jonathan Gardner |
| | | jgardner@labaton.com |
| 4 | | Christine Fox |
| 5 | | cfox@labaton.com |
| | | David MacIsaac |
| 6 | | dmacisaac@labaton.com |
| 7 | | 140 Broadway |
| | | New York, NY 10005 |
| 8 | | Tel:   (212) 907-0700 |
| | | Fax:   (212) 818-0477 |
| 9 | | |
| | | *Attorneys for Lead Plaintiff City of Providence* |
| 10 | Dated: June 4, 2021 | **MORRISON & FOERSTER LLP** |
| 11 | | |
| 12 | | */s/ Jordan Eth* |
| | | Jordan Eth |
| 13 | | jeth@mofo.com |
| | | Philip T. Besirof |
| 14 | | pbesirof@mofo.com |
| 15 | | 425 Market Street |
| | | San Francisco, CA 94105 |
| 16 | | Tel:   (415) 268-7000 |
| | | Fax:   (415) 268-7522 |
| 17 | | *Attorneys for the Individual Defendants* |
| 18 | | |
| 19 | Dated: June 4, 2021 | **ROPES & GRAY LLP** |
| 20 | | */s/ Anne Johnson Palmer* |
| 21 | | Anne Johnson Palmer |
| | | *Anne.JohnsonPalmer@ropesgray.com* |
| 22 | | Three Embarcadero Center |
| 23 | | San Francisco, CA 94111-4006 |
| | | Tel:   (415) 315-6369 |
| 24 | | Fax:   (415) 315-4848 |
| 25 | | *Attorneys for Nominal Defendant Oracle Corporation* |
| 26 | | |
| 27 | | |
| 28 | | |