**COTCHETT, PITRE & McCARTHY, LLP**
MARK C. MOLUMPHY (SBN 168009)
*mmolumphy@cpmlegal.com*
TYSON REDENBARGER (SBN 294424)
*tredenbarger@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Counsel for Lead Plaintiff City of Providence*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No, 5:19-cv-00764-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE**<br><br>Related Derivative Case:<br><br>5:19-cv-02448-BLF<br><br>Judge: Beth L. Freeman<br>Date First Action Filed: Feb. 12, 2019 |

WHEREAS, on June 4, 2021, Lead Plaintiff filed a Consolidated Amended Verified Stockholder Derivative Complaint in the right, and for the benefit, of Nominal Defendant Oracle Corporation ("Oracle" or "Nominal Defendant") against Defendants Lawrence J. Ellison, Safra A. Catz, Mark V. Hurd, and Thomas Kurian (the "Defendants" and, together with Lead Plaintiff, the "Parties) to remedy alleged violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), SEC Rule 10b-5, and Section 20(a) of the Exchange Act, alleged breaches of fiduciary duties, and seeking contribution and indemnification;

WHEREAS, on April 28, 2023 the Court entered a Case Schedule Order setting a schedule for Defendants to respond to Plaintiff's Consolidated Amended Verified Stockholder Derivative Complaint, with Defendants' response to the Complaint due on June 29, 2023, Plaintiff's opposition due on August 3, 2023, and Defendants' reply due on August 24, 2023 (Dkt. No. 68);

WHEREAS, on June 1, 2021, the Ninth Circuit issued an opinion in the case *Noelle Lee v. Robert Fisher, et al*, Case No. 21-15923, which held (in a split en banc decision) that forum-selection clauses requiring shareholders to file derivative claims in the Delaware Court of Chancery are enforceable as applied to claims asserted derivatively under Section 14(a) of the Securities Exchange Act of 1934;

WHEREAS, plaintiff-appellant Noelle Lee intends to file a petition for en banc rehearing by the full Ninth Circuit, and on June 12, 2023 was granted an extension until June 29, 2023 to file her petition;

WHEREAS, the Parties agree that the case *Noelle Lee v. Robert Fisher, et al*, Case No. 21-15923, currently before the Ninth Circuit, has the potential to bear on issues present in this case;

WHEREAS, because the briefing in this case would be significantly affected by the outcome in *Noelle Lee v. Robert Fisher, et al*, for efficiency and to reduce the burden on the Court, the Parties have agreed to modify the current case schedule as provided herein.

NOW THEREFORE, it is hereby stipulated by and between the undersigned that:

1. Defendants will answer, move, or otherwise respond to the Complaint no later than 30 days after finality of the Ninth Circuit's opinion in *Noelle Lee v. Robert Fisher, et al*, Case No. 21-15923;

2. In the event Defendants move to dismiss the Complaint, Plaintiff shall file any opposition to Defendants' motion to dismiss no later than 30 days after Defendants' motion to dismiss is filed; and

3. In the event Plaintiff files an opposition to Defendants' motion to dismiss, Defendants shall file any reply brief in support of their motion to dismiss no later than 21 days after Plaintiff's opposition is filed.

Dated:  June 23, 2023

Respectfully submitted,

COTCHETT, PITRE & McCARTHY LLP

 /s/ Mark C. Molumphy

Mark C. Molumphy
mmolumphy@cpmlegal.com
Tyson C. Redenbarger
tredenbarger@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile: (650) 697-0577

LABATON SUCHAROW LLP
Alfred L. Fatale III
afatale@labaton.com
140 Broadway
New York, NY 10005
Telephone:  (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiff City of Providence*

MORRISON & FOERSTER LLP

*/s/ Jordan Eth*
JORDAN ETH (Bar No. 121617)
JEth@mofo.com
DAVID J. WIENER (Bar No. 291659)
Dwiener@mofo.com
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

*Attorneys for Individual Defendants*

|   |   |
|---|---|
| 1 |   |
| 2 | ROPES & GRAY LLP |
| 3 | /s/ *Anne Johnson Palmer* |
| 4 | Anne Johnson Palmer<br>Anne.JohnsonPalmer@ropesgray.com |
| 5 | Three Embarcadero Center<br>San Francisco, CA 94111-4006 |
| 6 | Tel: (415) 315-6369<br>Fax: (415) 315-4848 |
| 7 | *Attorneys for Nominal Defendant Oracle Corporation* |

**SIGNATURE ATTESTATION**

I, Mark C. Molumphy, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Modify Briefing Schedule. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: June 23, 2023                                By:    /s/ *Mark C. Molumphy*
                                                                    Mark C. Molumphy

* * *

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____                    _____
                                                              HONORABLE BETH LABSON FREEMAN
                                                              UNITED STATES DISTRICT JUDGE