**COTCHETT, PITRE & McCARTHY, LLP**
MARK C. MOLUMPHY (SBN 168009)
*mmolumphy@cpmlegal.com*
TYSON REDENBARGER (SBN 294424)
*tredenbarger@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Counsel for Lead Plaintiff City of Providence*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 5:19-cv-00764-BLF<br><br>**JOINT STATUS REPORT**<br><br>Judge: Beth L. Freeman<br>Date First Action Filed: Feb. 12, 2019 |

On February 21, 2024, the Court entered an Order (Dkt. No. 82) requesting that Lead Plaintiff City of Providence ("Lead Plaintiff") file a motion for preliminary approval of settlement or a further joint status report regarding the motion for preliminary approval of settlement between Lead Plaintiff, Nominal Defendant Oracle Corporation ("Oracle"), and Defendants Lawrence J. Ellison, Safra A. Catz, and Paula R. Hurd, as trustee of the Hurd Family Trust (the "Defendants" and, together with Oracle and Lead Plaintiff, the "Parties"), on or before March 22, 2024.

The Parties are pleased to report they have successfully completed negotiations and executed a stipulation of settlement. Lead Plaintiff anticipates it will be able to file a motion for preliminary approval of settlement on or before April 5, 2024.

Dated: March 22, 2024

COTCHETT PITRE McCARTHY LLP

By: */s/ Tyson C. Redenbarger*
Mark C. Molumphy
*mmolumphy@cpmlegal.com*
Tyson C. Redenbarger
*tredenbarger@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

LABATON KELLER SUCHAROW LLP

Alfred L. Fatale III
*afatale@labaton.com*
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Lead Plaintiff City of Providence*

|   |   |
|---|---|
| 1 |   |
| 2 | */s/ Jordan Eth*<br>MORRISON & FOERSTER LLP |
| 3 | Jordan Eth |
| 4 | *JEth@mofo.com*<br>David J. Wiener |
| 5 | *DWiener@mofo.com*<br>425 Market Street |
| 6 | San Francisco, CA 94105<br>Tel: (415) 268-7000 |
| 7 | Fax: (415) 268-7522 |
| 8 | *Attorneys for Individual Defendants* |
| 9 | */s/ Anne Johnson Palmer*<br>ROPES & GRAY LLP |
| 10 | Anne Johnson Palmer |
| 11 | *Anne.JohnsonPalmer@ropesgray.com*<br>Three Embarcadero Center |
| 12 | San Francisco, CA 94111-4006<br>Tel: (415) 315-6369 |
| 13 | Fax: (415) 315-4848 |
| 14 | *Attorneys for Nominal Defendant Oracle Corporation* |

JOINT STATUS REPORT
LEAD CASE NO. 5:19-CV-00764-BLF

2

**SIGNATURE ATTESTATION**

I, Tyson C. Redenbarger, am the ECF user whose identification and password are being used to file the foregoing Joint Status Report. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: March 22, 2024                                          COTCHETT PITRE McCARTHY LLP


                                                               By: */s/ Tyson C. Redenbarger*
                                                                       Tyson C. Redenbarger


* * *